## Notice Recipients

District/Off: 0752–1          User: admin          Date Created: 5/1/2024

Case: 24–06352          Form ID: ntcinstl          Total: 3


**Recipients of Notice of Electronic Filing:**
tr          Karen R Goodman, ESQ          kgoodman@cranesimon.com
aty          David H Cutler          cutlerfilings@gmail.com

                                                                            TOTAL: 2


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Albert D Davis          4320 177th St          Country Club Hills, IL 60478

                                                                            TOTAL: 1