Form defntc7

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Albert D Davis
4320 177th St
Country Club Hills, IL 60478
SSN: xxx−xx−8554 EIN: N.A.

Case No. : 24−06352
Chapter : 7
Judge : Jacqueline P. Cox

## NOTICE OF DEFICIENCY: POSSIBLE DISMISSAL OF CASE

Section 521 of the Bankruptcy Code requires debtors to complete and file certain documents in their cases. Under Bankruptcy Rule 1007, the deadline for filing the completed documents is 14 days after the case is filed. The deadline in this case is: **May 14, 2024.**

The Clerk has determined that you have failed to file or complete the following required documents:

· **Statement of Financial Affairs (Form 107/207).**

If you do not complete and file these documents, your case will be dismissed on the 45th day after your case was filed.

FOR THE COURT

Dated: May 1, 2024

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court