# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752−1 | User: admin | Date Created: 5/1/2024 |
| Case: 24−06352 | Form ID: defntc7 | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty       David H Cutler       cutlerfilings@gmail.com

                                                                TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Albert D Davis       4320 177th St       Country Club Hills, IL 60478

                                                                TOTAL: 1