# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752−1 | User: admin | Date Created: 5/1/2024 |
| Case: 24−06352 | Form ID: 309A | Total: 18 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Albert D Davis | 4320 177th St | Country Club Hills, IL 60478 |
| tr | Karen R Goodman, ESQ | Crane, Simon, Clar & Goodman | 135 South LaSalle Street  Suite 3950  Chicago, IL 60603 |
| aty | David H Cutler | Cutler & Associates, Ltd.  4131 Main St. | Skokie, IL 60076 |
| 30817442 | Adebisi A Wilson | Ward & Wilson,P.C.  2915 Wayzata Boulevard | Minneapolis, MN 55405 |
| 30817443 | Amex | Correspondence/Bankruptcy  Po Box 981540 | El Paso, TX 79998 |
| 30817444 | Aneta Toporowska Lennartson | Top Law, PLLC  8754 Egan Drive | Burnsville, MN 55337 |
| 30817445 | Barclays Bank Delaware | Attn: Bankruptcy  125 South West St | Wilmington, DE 19801 |
| 30817446 | Capital One | Attn: Bankruptcy  Po Box 30285 | Salt Lake City, UT 84130 |
| 30817447 | Captial Management | 350 Camino De La Reina Ste 100 | San Diego, CA 92108 |
| 30817448 | Chase Card Services | Attn: Bankruptcy  P.O. 15298 | Wilmington, DE 19850 |
| 30817449 | Citibank | Centralized Bk  5800 S Corporate Pl | Sioux Falls, SD 57108−5027 |
| 30817450 | Comenity Bank/Kay Jewelers | Attn: Bankruptcy  Po Box 182125 | Columbus, OH 43218 |
| 30817451 | Discover Financial | Attn: Bankruptcy  Po Box 3025 | New Albany, OH 43054 |
| 30817452 | Midland Credit Management | 350 Camino De La Reina, Suite 100 | San Diego, CA 92108 |
| 30817453 | Pentagon FCU | Attn: Bankruptcy  Po Box 1432 | Alexandria, VA 22313 |
| 30817454 | Radius Global Solutions LLC | 7831 Glenroy Road Suite 250 | Minneapolis, MN 55439 |
| 30817455 | Rocket Mortgage | Attn: Bankruptcy  1050 Woodward Avenue | Detroit, MI 48226 |
| 30817456 | Ruth Maria Abraham Davis | 10241 3rd Street NE Unit D | Minneapolis, MN 55434 |

TOTAL: 18