Form defntc7

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Albert D Davis
4320 177th St
Country Club Hills, IL 60478
SSN: xxx–xx–8554 EIN: N.A.

Case No. :   24–06352
Chapter :   7
Judge :      Jacqueline P. Cox

## NOTICE OF DEFICIENCY: POSSIBLE DISMISSAL OF CASE

Section 521 of the Bankruptcy Code requires debtors to complete and file certain documents in their cases. Under Bankruptcy Rule 1007, the deadline for filing the completed documents is 14 days after the case is filed. The deadline in this case is: **May 14, 2024.**

The Clerk has determined that you have failed to file or complete the following required documents:

· **None.**

If you do not complete and file these documents, your case will be dismissed on the 45th day after your case was filed.

The following additional documents were also due at the time of filing and are missing or deficient:

· **Statement About Your Social Security Numbers (Form 121).**

FOR THE COURT

Dated: May 1, 2024

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court

Northern District of Illinois

In re:                                                                                    Case No. 24-06352-JPC

Albert D Davis                                                                            Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0752-1 | User: admin | Page 1 of 1 |
| Date Rcvd: May 01, 2024 | Form ID: defntc7 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2024:**

**Recip ID**          **Recipient Name and Address**
db               + Albert D Davis, 4320 177th St, Country Club Hills, IL 60478-4704

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2024                     Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2024 at the address(es) listed below:**

**Name**                  **Email Address**

David H Cutler
                  on behalf of Debtor 1 Albert D Davis cutlerfilings@gmail.com  r48280@notify.bestcase.com

Karen R Goodman, ESQ
                  kgoodman@cranesimon.com
                  il24@ecfcbis.com;dkobrynski@cranesimon.com;kgoodman@ecf.axosfs.com;abell-powell@cranesimon.com

Patrick S Layng
                  USTPRegion11.ES.ECF@usdoj.gov

TOTAL: 3