# United States Bankruptcy Court, Northern District of Illinois, Eastern Division
# Attorney Appearance Form

Case Title:   Albert D Davis                                Case Number:   24-06352

An appearance is hereby filed by the undersigned as attorney for:

   Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc

Attorney name (type or print):   Kerrie S. Mattson-Neal

Firm:   Codilis & Associates, P.C.

Street Address:   15W030 North Frontage Road, Suite 100

City/State/Zip:   Burr Ridge, IL 60527

Bar ID Number:   6270224                         Telephone Number:   (630) 794-5300
(See item 3 in instructions)

Email Address:   bkpleadingsNORTHERN@il.cslegal.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ■ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ■ No |
| Are you a member of the court's trial bar? | ☐ Yes | ■ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ■ No |

If this is a criminal case, check your status.
   ☐ Retained Counsel
   ☐ Appointed Counsel
   If appointed counsel, are you
     ☐ Federal Defender
     ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C. §1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on    May 16, 2024

Attorney signature:   /s/ Kerrie S. Mattson-Neal
            (Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015

**24-06352**

Terri M. Long ARDC#6196966
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Berton J. Maley ARDC#6209399
Michael P. Kelleher ARDC#6198788
Kerrie S. Mattson-Neal ARDC#6270224
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300

NOTE: This law firm is a debt collector.